Hans Federer, Judgment Creditor, v. Joseph Harris and Another, Judgment Debtors.— Motion for stay pending appeal granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Mary F. Ga Nun, on Behalf of Herself, etc., Appellant, v. Mary E. Palmer, Individually and as Executrix, etc., Respondent.— Pending the determination of the appeal from the judgment to the Court of Appeals, the defendant is enjoined from in any way selling or incumbering the property involved in the judgment in the trial court, provided plaintiff shall within ten days give a written undertaking, approved by this court, conditioned for the payment to defendant of such damages as she may suffer by reason of such appeal and the injunction hereby ordered, not exceeding the sum of $2,500. Pending such appeal, however, the income from such property shall be paid to defendant and may be used by her to the same extent as if the injunction were not granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ. Order to be settled before Mr. Justice Thomas.

Clara A. M. Greer and Others, Respondents, v. Samuel Smith, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Joseph L. Gunhouse, Respondent, v. Max Fraenkel, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Wallace Hunt and Another, Respondents, v. G. K. Heath, Appellant, Impleaded with Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

In the Matter of the Application of Anna O'Connor, etc., for Revocation of Letters of Administration Granted to John Connor on the Estate of John O'Connor, Deceased.— Motion for reargument granted and case set down for Monday, January 12, 1914. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

John Macklin, as Executor, etc., Appellant, v. John T. Oates and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Mornat Realty Company, Plaintiff, v. Annie Oxfeld and Another, Defendants.— Motion granted, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Salvatore Randazzo, Appellant.— Motion granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Tony Sorrentino, Appellant.—Motion granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.